1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
2  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, Suite 400
3  San Francisco, California 94104-3839
4  Telephone:   (415) 249-8330
   Facsimile:   (415) 249-8333
5
   STEPHEN M. GAFFIGAN (*Pro Hac Vice*) stephen@smgpa.net
6  STEPHEN M. GAFFIGAN, P.A.
   401 East Las Olas Blvd., Suite 130-453
7  Ft. Lauderdale, Florida 33301
   Telephone:   (954) 767-4819
8  Facsimile:   (954) 767-4821
9
   Attorneys for Plaintiff CHANEL, INC.
10

11                    THE UNITED STATES DISTRICT COURT

12                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | CHANEL, INC., a New York corporation,    ) Case No. CV 09 4996 JCS
14 |                                          )
   |               Plaintiff,                 )
15 |                                          ) [PROPOSED] ORDER
   |        v.                                ) AUTHORIZING ALTERNATE
16 |                                          ) SERVICE OF PROCESS ON
   | XIUYIN LIN, SHIGUAN WANG, and            ) DEFENDANTS PURSUANT TO
17 | ZHONGXIOUBIN, individually and           ) FEDERAL RULE OF CIVIL
   | jointly a/k/a JOEY VAN a/k/a KEVIN       ) PROCEDURE 4(f)(3)
18 | NAKAMURA a/k/a KEVIN NORTHROP            )
19 | and DOES 1-10,                           )
                                              )
20 |               Defendants.                )
                                              )
21 |_____)

22     WHEREAS Plaintiff Chanel, Inc., ("Chanel") filed its *Ex Parte* Application For Order

23 Authorizing Alternate Service of Process on Defendants Pursuant To Federal Rule Of Civil

24 Procedure 4(f)(3). ("Plaintiff's *Ex Parte* Application");

25     WHEREAS Plaintiff has shown good cause why leave should be granted allowing service of

26 the Summons and Complaint in this matter upon Defendants Xiuyin Lin, Shiguan Wang, and

27 Zhongxioubin, individually and jointly a/k/a Joey Van a/k/a Kevin Nakamura a/k/a Kevin Northrop

28                                              1

(collectively "Defendants") via e-mail; and

The Court, having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in regards to Plaintiff's *Ex Parte* Application, hereby grants Plaintiff's *Ex Parte* Application and grants leave to Plaintiff to serve the Summons and Complaint upon Defendant Xiuyin Lin by e-mail at electronic mail addresses dsalemanager@gmail.com, powerseller@foxmail.com, d5k8ld44ad6824141313@pop2kzu4ad658bc198ba.privatewhois.net, and 61961697@qq.com; Defendant Shiguan Wang by e-mail at the electronic mail addresses dsalemanager@gmail.com, powerseller@foxmail.com, d5k8ld44ad6824141313@pop2kzu4ad658bc198ba.privatewhois.net; 61961697@qq.com, and 281038390@qq.com; and Defendant Zhongxioubin by e-mail at the electronic mail addresses sales@maoomart.com, d5k8ld44ad6824141313@pop2kzu4ad658bc198ba.privatewhois.net, and 61961697@qq.com.

IT IS SO ORDERED.

Dated: 12/02/09

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON
DEFENDANTS PURSUANT TO FED. R. CIV. P 4(f)(3)
Case No. CV 09 4996 JCS