KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333
STEPHEN M. GAFFIGAN (*Pro Hac Vice*) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone:    (954) 767-4819
Facsimile:    (954) 767-4821

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>XIUYIN LIN, SHIGUAN WANG, and )<br>ZHONGXIOUBIN, individually and )<br>jointly a/k/a JOEY VAN a/k/a KEVIN )<br>NAKAMURA a/k/a KEVIN NORTHROP )<br>and DOES 1-10, )<br>)<br>Defendants. )<br>_____ ) | Case No. CV 09 4996 JCS<br><br>**REQUEST TO CONTINUE CASE<br>MANAGEMENT CONFERENCE**<br><br>**Current CMC Date: January 29, 2010<br>Dept: Courtroom A, 15th Floor** |

Plaintiff Chanel, Inc., ("Chanel"), by and through its undersigned counsel, hereby requests as follows:

WHEREAS, the Court set the Scheduling Conference in the above-captioned matter for January 29, 2010 at 1:30 p.m.;

WHEREAS, based on Plaintiff's January 5, 2010 Application, default was entered against the Defendants on January 7, 2010.

WHEREAS, Plaintiff is currently in the process of preparing its Motion for Final Default Judgment, and anticipates filing same with the Court within the next thirty days.

WHEREAS, there have been no prior continuances requested by the Plaintiff; and

1      NOW, THEREFORE, Plaintiff respectfully requests that the Case Management Conference

2  in the above matter be continued until March 12, 2010, or a date thereafter acceptable to the Court.

4  Dated: January 25, 2010                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

6                              By: _____/S/_____

7                               ANNE E. KEARNS

8                               Attorneys for Plaintiff Chanel, Inc.

10                            **ORDER**

11      PURSUANT TO THE REQUEST, IT IS SO ORDERED.

13  Dated: ___January 26_____, 2010.

15                            _____

16                    Hon. Joseph
United States District Judge