KENNETH E. KELLER (SBN 71450) kkeller@kkdrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> XIUYIN LIN, SHIGUAN WANG, and ZHONGXIOUBIN, individually and jointly a/k/a JOEY VAN a/k/a KEVIN NAKAMURA a/k/a KEVIN NORTHROP and DOES 1-10, <br><br> Defendants. | Case No. CV 09-4996-JCS <br><br> **PLAINTIFF'S SECOND REQUEST RE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> **Current CMC Date:  March 12, 2010** <br><br> **Courtroom A; 15th Floor** |

Plaintiff Chanel, Inc., ("Chanel"), by and through its undersigned counsel, hereby requests as follows:

WHEREAS, on January 26, 2010 the Court continued the Scheduling Conference in the above-captioned matter to March 12, 2010 based on the entry of default against the Defendants in this matter (*see* e-docket no. 23);

1

---

WHEREAS, on February 22, 2010 Plaintiff filed its Motion for Final Default Judgment, with supporting Memorandum of Law and evidence, which is currently set to be heard on April 2, 2010 (*see* e-docket no. 26);

WHEREAS, there has been one prior continuance requested by the Plaintiff (e-docket no. 22); and

NOW, THEREFORE, in the interest of judicial efficiency, Plaintiff respectfully requests that the Case Management Conference be removed from the Court's calendar pending the issuance of an Order in connection with Plaintiff's Motion for Final Default Judgment.

Dated: February 24, 2010            KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/S/_____
    ANNE E. KEARNS
    Attorneys for Plaintiff Chanel, Inc.


**ORDER**

PURSUANT TO THE REQUEST, IT IS SO ORDERED.

DATED: February __24__, 2010.

                                    /s/ Joseph C. Spero
                                    _____
                                    Hon. Joseph C. Spero
                                    United States District Judge