

April 14, 2010

VIA E-FILE

Ms. Karen Hom
Clerk to the Honorable Magistrate Judge Joseph C. Spero
United Stated District Court, Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

    Re:    <u>Chanel v. Lin</u>
           USDC-N, Case No.: C09-04996

Dear Ms. Hom:

    As we discussed on the telephone this morning, my firm is local counsel for Plaintiff Chanel, Inc. Primary counsel for Plaintiff, Stephen Gaffigan (admitted pro hac vice), works in Florida. Accordingly, Mr. Gaffigan requests that he be allowed to appear by telephone at the hearing on April 16, 2010 at 9:30 a.m. for Plaintiff' motion for final default judgment. Mr. Gaffigan agrees to be on "telephone standby" beginning at 9:30 a.m. Mr. Gaffigan also agrees that he will not use speaker-phone. His land-line telephone number is (954) 767-4819. Kenneth Keller of my office will appear in person for the hearing.

                              Respectfully submitted,

                              Anne E. Kearns

AEK/aek

cc: Kenneth Keller, Esq.
    Stephen Gaffigan, Esq. (via email)
    Defendants (via email)

Dated: April 15, 2010

IT IS SO ORDERED
Judge Joseph C. Spero

102248

555 Montgomery Street, 17th Floor • San Francisco, CA 94111 • 415.249.8330 • F 415.249.8333 • www.kksrr.com